UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROSELLA ELLIS, | ) | No. |
| | ) | |
| Plaintiff, | ) | Judge |
| | ) | |
| v. | ) | (Formerly case no. 21-0019 (First District Appellate Court of the State of Illinois) and case no. 2020 L 010801 (Cir. Ct. Cook County) |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

To:     Rosella Ellis
2800 West Fulton Street, #231
Chicago, Illinois 60612

Circuit Court Clerk of
  Cook County
Law Division
50 West Washington Street
Room 801
Chicago, Illinois 60602

First District Appellate
Clerk's Office
160 North LaSalle Street
14th floor
Chicago, Illinois 60601

Defendant United States Postal Service, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the First District Appellate Court of the State of Illinois and the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 28 U.S.C. §1442(a)(1), and in support states the following:

1.     In October 2020, plaintiff Rosella Ellis filed suit in state court against the United States the Postal Service for damages for injuries caused by an alleged slip and fall at an unidentified post office in September 2019. Ex. 1, Complaint, *Ellis v. Postal Service*, No. 2020 L 010801 (Cir. Ct. Cook County). The Postal Service did not receive a copy of the summons and complaint until January 14, 2021. *Id.*

2.    After the state court dismissed her complaint, Ellis filed a notice of appeal to the First District Appellate Court of the State of Illinois. Ex. 2, Notice of Appeal, *Ellis v. Postal Service*, No. 21-0019 (First District Appellate Court of the State of Illinois). A copy of Ellis's state court notice of appeal was received by the Postal Service on January 26, 2021. *Id.*

3.    The Postal Service is a federal agency. Ellis's state court complaint for alleged personal injuries against the Postal Service and subsequent appeal are therefore actions against an agency or officer under the direction of an agency or officers of the United States for actions under color of law, and are subject to removal to this court pursuant to 28 U.S.C. § 1442(a)(1).

4.    Sovereign immunity ordinarily shields the federal government, its agencies, and its officials from lawsuits. *FDIC v. Meyer*, 510 U.S. 471, 475 (1994). Furthermore, a party seeking to invoke state court jurisdiction over the United States (or its agencies) has the burden of pointing to a congressional act that gives such consent to suit. *Cole v. United States*, 657 F.2d 107, 109 (7th Cir. 1981). There is no provision giving the state courts jurisdiction over Ellis's personal injury claims against the Postal Service and in fact, the Federal Tort Claims Act requires that all such tort actions against the United States be filed in *federal* district court. 28 U.S.C. § 1346(b)(1); *Alinsky v. United States*, 415 F.3d 63g9, 643 (7th Cir. 2005) (concluding that the FTCA grants federal courts jurisdiction over damages claims against the United States for negligence by a government employee); *Midwest Knitting Mills, Inc. v. United States*, 950 F.2d 1295, 1297 (7th Cir. 1991). F.3d 656, 659 (9th Cir. 1995) (asserting that district courts have exclusive jurisdiction over FTCA claims against the United States for injuries).

5.    Because the state courts lacked jurisdiction over the Postal Service, this court acquires no jurisdiction upon removal, and the Ellis's state court actions against the Postal Service should be dismissed. *Ricci v. Salzman*, 976 F.3d 768, 771 (7th Cir. 2020); *Edwards v. Department*

*of Justice*, 43 F.3d 312, 316 (7th Cir. 1994); *Illinois v. Holmes*, 2017 WL 2345631, * 2 (N.D. Ill. May 30, 2017); *Ferto v. Fielder*, 2010 WL 3168293, *2 (N.D. Ill., Aug. 5, 2010); *Dunne v. Hunt*, 2006 WL 1371445, *4 (N.D. Ill., May 16, 2006).

6.  Copies of all process, pleadings, and orders received by the Postal Service are attached hereto as exhibits 1 and 2.

WHEREFORE, this civil action against the Postal Service is properly removed to this court pursuant to 28 U.S.C. § 1442(a).

>Respectfully submitted,
>
>JOHN R. LAUSCH, Jr.
>United States Attorney
>
>By: s/ Ernest Y. Ling
>  ERNEST Y. LING
>  Assistant United States Attorney
>  219 South Dearborn Street
>  Chicago, Illinois 60604
>  (312) 353-5870
>  ernest.ling@usdoj.gov

# Exhibit 1

SCANNED

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | RECEIVED |
| 2320 - Served By Mail | 2321 - Served By Mail | JAN 14 2021 |
| 2420 - Served By Publication | 2421 - Served By Publication | LAW DEPARMENT |
| SUMMONS | ALIAS - SUMMONS | (2/28/11) CCG N001 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, _____ DIVISION

No. 2020L010801
CALENDAR/ROOM E
TIME 00:00
PI Other

ROSELLA ELLIS, et., al
_____(Name all parties)

v.

U.S. POSTAL SERVICE, et., al

U.S. POSTAL SERVICE
475 L'ENFANT PLAZA, S.W
WASHINGTON, DC. 20260
PH: 202-268-3063

☑ SUMMONS    ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: PRO SE 99500
Name: ROSELLA ELLIS
Atty. for: _____
Address: 2800 W. FULTON ST., 231
City/State/Zip: CHICAGO, ILL., 60612
Telephone: 312-619-2756
Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

WITNESS, _____

_____
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Copy Distribution - White: 1. ORIGINAL - COURT FILE Canary: 2. COPY Pink: 3. COPY Gold: 4. COPY

**Complaint-Verified** (This form replaces CCMD-8A)

(2/25/05) CCM N

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ROSELLA ELLIS, et., al
_____
Plaintiff(s)

v.

U.S. POSTAL SERVICE., et, al.
_____
Defendant(s)

No. 2020L010801
CALENDAR/ROOM E
TIME 00:00
FI Other

Contract _____

Amount Claimed $ 200,000

Return Date _____

## COMPLAINT

The Plaintiff(s) claim(s) as follows: In September 2019, I entered a darkened U.S. Postal Service Office. I turned to ascend stairs into the main door. As I stepped up, I tripped. I tried to regain my balance; and, tripped again. I was unable to steady myself. I fell very hard on the steps. I could not move. I heard someone say "are you ok"? I asked for help to sit up.

A Postal worker asked if she could help me conduct my business. I sat on the steps for about a half hour. I asked the worker to call Paramedics. I was taken to the Emergency Room. I suffered internal injuries.

I, _____ (Name), certify that I am the _____ plaintiff in the above entitled action. The allegations in this complaint are true.

(Name of Attorney if applicable)

Atty. No.: _____   Pro Se 99500    Dated: _____

Atty. (or Pro Se Plaintiff):
Name: ROSELLA ELLIS
Address: 2800 W. FULTON ST., 231
City/State/Zip: Chgo, Ill 60612
Telephone: 312-619-2756

Signature _____

☐ Under penalties as provided by law pursuant to 735 ILCS 5/1-10 the abovesigned certifies that the statements set forth herein are true and correct.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Copy Distribution - White: 1. ORIGINAL - COURT FILE Canary: 2. COPY Pink: 3. COPY Gold: 4. COPY

# Exhibit 2

Notice of Appeal (12/01/20) CCA 0256 A

☐ THIS APPEAL INVOLVES A MATTER SUBJECT TO EXPEDITED DISPOSITION UNDER RULE 311(a).

### APPEAL TO THE APPELLATE COURT OF ILLINOIS
### FROM THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

COUNTY DEPARTMENT, LAW DIVISION/DISTRICT

Rosella Ellis, et. al
Plaintiff/ ○ Appellant ○ Appellee

v.

U.S. Postal Service, et., al
Defendant/ ○ Appellant ○ Appellee

Reviewing Court No.: _____
Circuit Court No.: 2020L010801

**NOTICE OF APPEAL**

(Check if applicable. See IL Sup. Ct. Rule 303(a))(3).

☐ Joining Prior Appeal  ☐ Separate Appeal  ☐ Cross Appeal

Appellant's Name: Rosella Ellis   Appellee's Name: _____

○ Atty. No.: _____        ○ Atty. No.: _____
✓ Pro Se 99500             ○ Pro Se 99500

Name: Rosella Ellis          Name: _____
Address: 2800 W. Fulton St., Address: _____
City: Chgo                   City: _____
State: IL  Zip: 60612        State: ___ Zip: ___
Telephone: 312 619 2756      Telephone: _____
Primary Email: Roz5528@yahoo.com  Primary Email: _____

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 2

Notice of Appeal     (12/01/20) CCA 0256 B

An appeal is taken from the order or judgment described below:

Date of the judgment/order being appealed: __12-23-20__

Name of judge who entered the judgment/order being appealed: __JAMES FLANNERY__

Relief sought from Reviewing Court: _Fair and impartial trial in accordance with Ill Art. 1. Section 12. Right to remedy and justice. Every person any shall find a certain remedy in the law for all injuries unproo he/she receives to his/her person, privacy or reputation_

I understand that a *"Request for Preparation of Record on Appeal"* form (CCA 0025) must be completed and the initial payment of $70 made prior to the preparation of the Record on Appeal. The Clerk's Office will not begin preparation of the ROA until the Request form and payment are received. Failure to request preparation of the ROA in a timely manner, i.e., at least 30 days before the ROA is due to the Appellate Court, may require the Appellant to file a request for extension of time with the Appellate Court. A *"Request for Preparation of Supplemental Record on Appeal"* form (CCA 0023) must be completed prior to the preparation of the Supplemental ROA.

_Rozella Ellis_
To be signed by Appellant or
Appellant's Attorney

<u>Certificate of Service</u>

The undersigned hereby certifies that on 1-15-21, a true and correct copy of the foregoing <u>Notice of Appeal</u> was served via first class mail to the following:

<u>U.S. Postal Service</u>
<u>475 L'Enfant Plaza</u>
<u>Washington, D.C. 20260</u>

<u>Rosella Ellis</u>

1 of 1

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**Notice of Removal and Attorney Designation**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first class mail, postage paid, on February 10, 2021, to the following non-ECF filers:

Rosella Ellis
2800 West Fulton Street, #231
Chicago, Illinois 60612

Circuit Court Clerk of
 Cook County
Law Division
50 West Washington Street
Room 801
Chicago, Illinois 60602

First District Appellate
Clerk's Office
160 North LaSalle Street
14th floor
Chicago, Illinois 60601

s/ Ernest Y. Ling
ERNEST Y. LING
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5870
ernest.ling@usdoj.gov